UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GEORGE CHANG,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED MEDICAL LABORATORIES, FLOW HEALTH, and ALEXANDER MESHKIN,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-794<br><br>ORDER GRANTING RELATOR'S MOTION TO FILE UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2). |

　　This matter comes before the Court on Plaintiff-Relator's Motion to file Complaint Under Seal Pursuant to 31 U.S.C. § 3730(b)(2). Dkt. No. 2 Having considered the pleadings and records on file, IT IS ORDERED that Plaintiff-Relator's Motion to File Complaint Under Seal is GRANTED. The United States has sixty (60) days from the date of service of the Complaint to notify the Court whether it intends to intervene in this *qui tam* suit.

　　It is further ORDERED that this case, including the Complaint and all pleadings and other matters filed, will otherwise remain under seal until further order of this Court.

　　Dated this 22nd day of June, 2023.

*[signature]*
_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING RELATOR'S MOTION TO FILE
UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2) - 1