The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GEORGE CHANG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MEDICAL LABORATORIES, *et al.*,<br><br>Defendants. | No. 23-cv-00794-JNW<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States has filed an *ex parte* Application for an Extension of time to Consider Election to Intervene, in which the government seeks a six-month extension of time, or until August 19, 2024, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time." 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

[PROPOSED] ORDER - 1
Case No. 23-cv-00794-JNW
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Accordingly, it is hereby ORDERED that the United States shall have until August 19, 2024, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall maintain the Complaint and other filings under seal for the duration of the government's investigation.

DATED this 20th day of February, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4067
Email:  kayla.stahman@usdoj.gov

[PROPOSED] ORDER - 2
Case No. 23-cv-00794-JNW
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970